UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| STACEY L. HABERLAND, Individually and as Executrix of the Estate of THOMAS K. HABERLAND, Deceased,<br><br>　　　　　　　　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>SHAWMUT EQUIPMENT COMPANY, INC.,<br><br>　　　　　　　　　　　　　　　　　Defendant. | **STIPULATION OF DISMISSAL**<br><br>**Case No.: 1:24-cv-234 (FJS/CFH)** |

_____

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same is hereby dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice and on the merits, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

**IT IS FUTHER STIPULATED AND AGREED**, that electronic and or facsimile signatures of this document shall be treated as originals and that this stipulation may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same document.

**IT IS FURTHER STIPULATED AND AGREED,** that a fully executed copy of this document may be filed with the Court without further notice.

DATED:　　　August 30, 2024

| **HACKER MURPHY, LLP** | **GOLDBERG SEGALLA, LLP** |
|---|---|
| *s/ David Iversen*<br>David I. Iversen, Esq.<br>*Attorneys for Plaintiff*<br>28 Second Street<br>Troy, New York 12180 | _____<br>William J. Greagan, Esq.<br>*Attorneys for Defendant*<br>8 Southwoods Blvd., Suite 300<br>Albany, New York 12211 |

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: September 4, 2024